IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CSAA GENERAL INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CRAIG STILES, CHRISTINE STILES, TIA NORINE, SHELDON TIGHE, ELKHORN ROOFING, ATLANTIC CASUALTY INSURANCE COMPANY, AND DOES 1-50,<br><br>　　　　　Defendants. | CV 22-61-H-BMM-KLD<br><br>ORDER |

　　　　The parties have filed a joint motion for a discovery conference. (Doc. 51) Accordingly, and good cause appearing,

　　　　IT IS ORDERED that a discovery status conference is set for 2:00 p.m. on May 5, 2023. The conference will be held via Zoom. The Clerk of Court will notify counsel via e-mail of the meeting ID and password in advance of the hearing. **Zoom Guidance and Setup available at:**

https://www.mtd.uscourts.gov/zoom-hearings.

1

The parties shall not submit any additional information to the Court prior to the conference.

DATED this 3rd day of May, 2023.

/s/ Kathleen L. DeSoto
Kathleen L. DeSoto
United States Magistrate Judge